UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER
(in his capacity as trustee),

MILWAUKEE CARPENTERS DISTRICT COUNCIL
HEALTH FUND, MILWAUKEE CARPENTERS DISTRICT
COUNCIL VACATION FUND, MILWAUKEE CARPENTERS
JOINT APPRENTICESHIP COMMITTEE FUND
and MARK SCOTT (in his capacity as trustee),

INDUSTRY ADVANCEMENT PROGRAM/CONTRACT
ADMINISTRATION,

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, and JEFFREY LECKWEE
(in his capacity as trustee),

BRICKLAYERS AND ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN,

BRICKLAYERS AND TROWEL TRADES INTERNATIONAL
PENSION FUND, INTERNATIONAL MASONS INSTITUTE FUND
and BOARD OF TRUSTEES, BRICKLAYERS
AND TROWEL TRADES INTERNATIONAL
PENSION FUND,

BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL,

                Plaintiffs,

vs.                              Case No. 10-cv-226

RANDY DOOLITTLE d/b/a FLOORMASTERS,

and

FLOORMASTERS COMMERCIAL FLOORING, LLC,

**Defendants.**

## ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendants in the above-captioned matter have failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the Attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendants pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 10th day of June, 2010.

_Peter Oppeneer_
Clerk of Court