UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER
(in his capacity as trustee),

MILWAUKEE CARPENTERS DISTRICT COUNCIL
HEALTH FUND, MILWAUKEE CARPENTERS DISTRICT
COUNCIL VACATION FUND, MILWAUKEE CARPENTERS
JOINT APPRENTICESHIP COMMITTEE FUND
and MARK SCOTT (in his capacity as trustee),

INDUSTRY ADVANCEMENT PROGRAM/CONTRACT
ADMINISTRATION,

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, and JEFFREY LECKWEE
(in his capacity as trustee),

BRICKLAYERS AND ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN,

BRICKLAYERS AND TROWEL TRADES INTERNATIONAL
PENSION FUND, INTERNATIONAL MASONS INSTITUTE FUND
and BOARD OF TRUSTEES, BRICKLAYERS
AND TROWEL TRADES INTERNATIONAL
PENSION FUND,

BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL,

      Plaintiffs,
 vs.          Case No. 10-cv-226

RANDY DOOLITTLE d/b/a FLOORMASTERS,

and

FLOORMASTERS COMMERCIAL FLOORING, LLC,

DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUL 2 3 2010

**Defendants.**

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendants have failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. The court assesses the total damages to the Plaintiffs in the sum of $72,872.32.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Nacarci Feaster, Milwaukee Carpenters District Council Health Fund, Milwaukee Carpenters District Council Vacation Fund, Milwaukee Carpenters Joint Apprenticeship Committee Fund, Mark Scott, Industry Advancement Program/Contract Administration, Wisconsin Masons Pension Fund, Wisconsin Masons Health Care Fund, Wisconsin Masons Apprenticeship & Training Fund, Jeffrey Leckwee, Bricklayers and Allied Craftsmen District Council of Wisconsin, Bricklayers and Trowel Trades International Pension Fund, International Masons Institute Fund, Board of Trustees, Bricklayers and Trowel Trades International Pension Fund and Bricklayers and Trowel Trades International as follows:

   A. Covering the remainder of the judgment owed to the plaintiffs;

   B. Covering the audit period June 24, 2006 through November 30, 2007 on

behalf of the plaintiffs Building Trades United Pension Trust Fund, Milwaukee Carpenters District Council Health Fund, Milwaukee Carpenters District Council Vacation Fund, Milwaukee Carpenters Joint Apprenticeship Committee Fund and the IAP/CA;

C. Covering the audit period August 1, 2006 through June 30, 2007 on behalf of the plaintiffs Wisconsin Masons Pension Fund, Wisconsin Masons Health Care Fund, Wisconsin Masons Apprenticeship & Training Fund, Bricklayers and Allied Craftsmen District Council of Wisconsin, Bricklayers and Trowel Trades International Pension Fund, International Masons Institute Fund, and Bricklayers and Trowel Trades International; and

against Defendants, jointly and severally, in the amount of $72,872.32 together with interest at the rate allowed by law.

Dated this 21st day of July, 2010.

BY THE COURT

U.S. District Court Judge