UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION
TRUST FUND and NACARCI FEASTER
(in his capacity as trustee),

MILWAUKEE CARPENTERS DISTRICT COUNCIL
HEALTH FUND, MILWAUKEE CARPENTERS DISTRICT
COUNCIL VACATION FUND, MILWAUKEE CARPENTERS
JOINT APPRENTICESHIP COMMITTEE FUND
and MARK SCOTT (in his capacity as trustee),

INDUSTRY ADVANCEMENT PROGRAM/CONTRACT
ADMINISTRATION,

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, and JEFFREY LECKWEE
(in his capacity as trustee),

BRICKLAYERS AND ALLIED CRAFTSMEN
DISTRICT COUNCIL OF WISCONSIN,

BRICKLAYERS AND TROWEL TRADES INTERNATIONAL
PENSION FUND, INTERNATIONAL MASONS INSTITUTE FUND
and BOARD OF TRUSTEES, BRICKLAYERS
AND TROWEL TRADES INTERNATIONAL
PENSION FUND,

BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL,

      Plaintiffs,
 vs.           Case No. 10-cv-226

RANDY DOOLITTLE d/b/a FLOORMASTERS,

and

FLOORMASTERS COMMERCIAL FLOORING, LLC,

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUL 23 2010

**Defendants.**

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Building Trades United Pension Trust Fund, Nacarci Feaster, Milwaukee Carpenters District Council Health Fund, Milwaukee Carpenters District Council Vacation Fund, Milwaukee Carpenters Joint Apprenticeship Committee Fund, Mark Scott, Industry Advancement Program/Contract Administration, Wisconsin Masons Pension Fund, Wisconsin Masons Health Care Fund, Wisconsin Masons Apprenticeship & Training Fund, Jeffrey Leckwee, Bricklayers and Allied Craftsmen District Council of Wisconsin, Bricklayers and Trowel Trades International Pension Fund, International Masons Institute Fund, Board of Trustees, Bricklayers and Trowel Trades International Pension Fund and Bricklayers and Trowel Trades International, recover from the Defendants, Randy Doolittle d/b/a Floormasters and Floormasters Commercial Flooring, LLC, jointly and severally, the sum of $72,872.32 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 22d day of July, 2010.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 21st day of July, 2010.

_____
U. S. District Court Judge